# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2020

161288(29)

PEGGY WILLIAMS,
              Petitioner-Appellant,

v

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
              Respondent-Appellee
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161288
COA: 351544
Washtenaw CC: 19-000746-AA

      On order of the Chief Justice, the motion of the Michigan Protection and Advocacy Service, Inc., to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 7, 2020, is accepted for filin
g.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2020



Clerk